**Irina KHLEBNIKOVA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72324.

United States Court of Appeals, Ninth Circuit.

---

Submitted March 18, 2011.*

Filed March 23, 2011.

Homayun F. Zadeh, Law Office of Homayun F. Zadeh, San Francisco, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esquire, Oil, Mary Jane Candaux, Assistant Director, Kiley L. Kane, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: WALLACE, NOONAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

By failing to challenge the BIA's findings that, even if credible, Khlebnikova has not established past persecution and cannot establish a well-founded fear of future persecution and by failing to challenge the agency's denial of Khlebnikova's withholding of removal and Convention Against Torture claims, Khlebnikova's counsel has waived appeal of all her grounds for relief from removal. See Alcaraz v. I.N.S., 384 F.3d 1150, 1161 (9th Cir.2004). Upon review of the record, we do not believe that manifest injustice will result from denying Khlebnikova's petition on waiver grounds. Id.

The petition for review is DENIED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.